**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No.96-50241
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ADRIAN J. CROOK,

Defendant-Appellant.

Appeal from the United States District Court
for the Western District of Texas
USDC No. MO-95-CR-54 (2)

October 11, 1996

Before POLITZ, Chief Judge, JONES and SMITH, Circuit Judges.

PER CURIAM:[*]

Counsel for Adrian J. Crook has filed a brief as required by **Anders v. California**,

386 U.S. 738, 744 (1967).  Our independent review of the brief and record discloses no

nonfrivolous issue.  Accordingly, appointed counsel is dismissed from further responsibilities

herein and the appeal is DISMISSED.

---

[*]  Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.